[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 15-13271
Non-Argument Calendar

_____

D.C. Docket No. 1:12-cr-00098-RWS-RGV-1


UNITED STATES OF AMERICA,

                                                        Plaintiff-Appellee,

versus


MOHAMMED BAH,
a.k.a. Little,

                                                        Defendant-Appellant.


_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(August 29, 2016)

Before TJOFLAT, MARCUS and WILLIAM PRYOR, Circuit Judges.

PER CURIAM:

Michael J. Trost, appointed counsel for Mohammed Bah in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bah's convictions and sentences are **AFFIRMED**.  Bah's motion for appointment of counsel is **DENIED AS MOOT**.